UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**JERRY SMITH, JR.,**
      **Plaintiff,**

    v.                                       Case No. 18-C-0143

**MELVIN FINKLEY, et al.,**
      **Defendants.**

---

## ORDER

**IT IS ORDERED** that a telephonic status conference will be held on **September 22, 2021 at 11:00 a.m.** The court will initiate the call. Counsel must email the court prior to the call at AdelmanPO@wied.uscourts.gov to provide contact information.

Dated at Milwaukee, Wisconsin, this 13th day September, 2021.

                                          s/Lynn Adelman
                                          LYNN ADELMAN
                                          District Judge